1  Lawrence S. Paikoff (SBN 191732)
   LAW OFFICES OF LAWRENCE S. PAIKOFF
2  1756 Picasso Avenue, Suite F
   Davis, CA 95618
3  Telephone:530.297.1144
   Facsimile: 530.297.1146
4
   Attorneys for Plaintiffs Richard Miller and
5  Jane Miller

6  Steven J. Boranian (SBN 174183)
   REED SMITH LLP
7  101 Second Street, Suite 1800
   San Francisco, CA 94105-3659
8  Telephone:415.543.8700
   Facsimile: 415.391.8269
9  Email:    sboranian@reedsmith.com

10 Attorneys for Defendants Biomet
   Orthopedics, LLC (sued erroneously as "Biomet
11 Orthopedics, Inc."), Biomet, Inc., Biomet
   Manufacturing Corporation, and Boracchia +
12 Associates

13                    UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

15

16 RICHARD MILLER, JANE MILLER,              Case No.  2:13-cv-00450-TLN-DAD

17               Plaintiffs,                 **STIPULATION AND ORDER STAYING
                                             PROCEEDINGS PENDING TRANSFER
18       vs.                                 TO MULTIDISTRICT LITIGATION**

19 BIOMET ORTHOPEDICS, INC., BIOMET,
   INC., BIOMET MANUFACTURING CORP.,         Honorable Troy L. Nunley
20 BORACCHIA + ASSOCIATES, AND DOES 1
   THROUGH 25, inclusive,
21
                 Defendants.
22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Plaintiffs Richard Miller and Jane Miller ("Plaintiffs") and Defendants Biomet Orthopedics, LLC,[1] Biomet, Inc., Biomet Manufacturing Corporation ("Biomet Defendants"), and Boracchia + Associates (collectively "Defendants"), by and through the undersigned counsel, stipulate to and respectfully request a stay of all proceedings pending the transfer of this action to the multidistrict litigation *In re: Biomet M2a Magnum Hip Implant Prods. Liab. Litig.*, MDL No. 2391, before the Honorable Robert L. Miller, Jr. in the Northern District of Indiana ("MDL No. 2391"). This stipulation is without prejudice to Plaintiffs renewing their Motion to Remand this case to state court currently pending in this proceeding.

In support of this stipulation the Parties state as follows:

1.      On November 30, 2012, Plaintiffs commenced this action by filing a Complaint in the Superior Court of the State of California for the County of Sacramento, alleging personal injuries caused by an $M^2a$-38™ Hip System sold by the Biomet Defendants. Thereafter, the Biomet Defendants timely removed this action to this Court based on diversity of citizenship under 28 U.S.C. § 1332. On April 4, 2013 the Plaintiffs filed a Motion to Remand this action to state court, which Defendants intend to oppose. Plaintiffs' Motion is currently set for hearing on June 20th 2013, and Defendants' last day to file any opposition to Plaintiffs' Motion is June 6th, 2013.

2.      On October 2, 2012, the Judicial Panel on Multidistrict Litigation ("JPML") issued a transfer order establishing the multidistrict litigation proceedings titled *In re: Biomet M2a Magnum Hip Implant Prods. Liab. Litig.*, MDL No. 2391. The Transfer Order directed pursuant to 28 U.S.C. § 1407 that product liability cases involving Biomet $M^2a$-38™ and $M^2a$-Magnum™ Hip Systems[2] be transferred to the United States District Court for the Northern District of Indiana for coordinated pretrial proceedings before the Honorable Robert L. Miller, Jr. On May 7, 2013, the Biomet Defendants notified the JPML of this case, and on May 9, 2013 the JPML issued a Conditional

---

[1] Plaintiffs' Complaint erroneously names Biomet Orthopedics, Inc. as a defendant, but there is no legal entity known as Biomet Orthopedics, Inc.
[2] The JPML has since issued a Transfer Order directing that product liability actions involving Biomet $M^2a$™-Taper Hip Systems also be transferred and coordinated in MDL No. 2391.

STIPULATION AND ORDER STAYING PROCEEDINGS
PENDING TRANSFER TO MULTIDISTRICT LITIGATION

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Transfer Order, conditionally transferring this action to MDL No. 2391 for coordinated pretrial proceedings.  The Parties anticipate that this action will shortly be transferred to MDL No. 2391.

3.  The Parties have agreed to conduct pretrial proceedings in this action in the MDL No. 2391 in the Northern District of Indiana and that the case will be transferred to MDL No. 2391 pursuant to 28 U.S.C. § 1407.  The Parties further agree that once pretrial proceedings in the Northern District of Indiana are complete, this action will be remanded to the Eastern District of California.

Based on the forgoing, the Parties stipulate to and respectfully request that the Court stay all proceedings in the above captioned action.  This stay and the agreed-to transfer are without prejudice to Plaintiffs renewing their Motion to Remand at a later date.

DATED: May 13, 2013

/s/ Lawrence S. Paikoff (as authorized on 05/13/2013)
Lawrence S. Paikoff
Law Offices of Lawrence S. Paikoff
Attorneys for Plaintiffs

DATED: May 13, 2013

/s/ Steven J. Boranian
Steven J. Boranian
Reed Smith LLP
Attorneys for Defendants

– 3 –

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED:  May 15, 2013


_____
Troy L. Nunley
United States District Judge

STIPULATION AND ORDER STAYING PROCEEDINGS
PENDING TRANSFER TO MULTIDISTRICT LITIGATION